

FILED
VANESSA L. ARMSTRONG, CLERK
NOV 20 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**CHASE RAMOS**

INDICTMENT

NO. 3:18-CR-191-RGJ

18 U.S.C. § 2251(d)(1)(A)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The Grand Jury charges:

## COUNT 1

(*Advertising child pornography*)

On or about May 26, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHASE RAMOS**, knowingly made a notice offering to receive, exchange, buy, produce, display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, and such notice was transported using any means or facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

The Grand Jury further charges:

## COUNT 2
*(Advertising child pornography)*

On or about June 2, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHASE RAMOS**, knowingly made a notice offering to receive, exchange, buy, produce, display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, and such notice was transported using any means or facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

The Grand Jury further charges:

## COUNT 3
*(Advertising child pornography)*

On or about June 13, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHASE RAMOS**, knowingly made a notice offering to receive, exchange, buy, produce, display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, and such notice was transported using any means or facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

Case 3:18-cr-00191-RGJ   Document 1   Filed 11/20/18   Page 3 of 7 PageID #: 3

The Grand Jury further charges:

## COUNT 4
*(Transportation of child pornography)*

On or about April 30, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHASE RAMOS**, knowingly transported child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 5
*(Transportation of child pornography)*

On or about November 21, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHASE RAMOS**, knowingly transported child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 6
*(Transportation of child pornography)*

On or about January 11, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHASE RAMOS**, knowingly transported child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

3

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 7
*(Possession of child pornography)*

On or about October 4, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHASE RAMOS**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE NOTICE

As a result of committing the offenses in violation of Counts 1 through 7 of this Indictment, the defendant, **CHASE RAMOS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3), all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

A TRUE BILL.

███████████████
FOREPERSON

*/s/ Russell M. Coleman*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:ASM:100218

4

UNITED STATES OF AMERICA v. CHASE RAMOS

## PENALTIES

Counts 1-3: NL 15 yrs./ NM 30 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)
   (with prior conviction NL 25 yrs./NM 50 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release) (each count)
Counts 2-6: NL 5 yrs./ NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)
   (with prior conviction NL 15 yrs./NM 40 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release) (each count)
Count 7: NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
   (with prior conviction NL 10 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release)
   (Mandatory $5,000 assessment, per count, if the defendant is non-indigent)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

## CHASE RAMOS

### INDICTMENT

COUNTS 1, 2 and 3

*Advertising child pornography*

18 U.S.C. §§2251(d)(1)(A) and 2251(e)

COUNTS 4, 5 and 6

*Transportation of child pornography*

18 U.S.C. §§2251A(a)(1) and 2252A(b)(1)

COUNT 7

*Possession of child pornography*

18 U.S.C. §§2252A(a)(5)(B) and 2252A(b)(2)

**Forfeiture**

*A true bill.*

███████████████████████████████

*Foreperson*

*Filed in open court this 20th day of November, 2018.*

**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV 20 2018

_____ *Clerk*

Bail, $

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY